## Exhibit A to the Complaint

**Location:** Randolph, MA  **IP Address:** 96.233.49.227
**Total Works Infringed:** 27  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: B32C83AFC7455675B5EB6CE17AA26804F3C626AF<br>File Hash:<br>41C53C9626EB4D03CB0E8508B7FC06EC274933167D48B5E4EA5D8B2DA86F702F | 12-05-2023<br>18:04:05 | Vixen | 08-04-2023 | 08-17-2023 | PA0002425763 |
| 2 | Info Hash: 1E27C6D884824A8B61451720173EB0F3BF3395CB<br>File Hash:<br>4A7F87634F38687B86E570D6686AE6DEF676EBE498D04EA1212E0D70C8A6EFA2 | 12-05-2023<br>17:25:26 | Blacked Raw | 11-27-2023 | 12-12-2023 | PA0002445178 |
| 3 | Info Hash: E9916EF3EDA15D5E4BFEEB0514D83AB523622867<br>File Hash:<br>DC21A55BD08B6A8F6687A1B815441352D9F71925E42FDAFC5CA15DD8A312F9D9 | 12-05-2023<br>17:25:03 | Blacked Raw | 12-04-2023 | 12-12-2023 | PA0002445181 |
| 4 | Info Hash: 8FF7721BDFACECED849584E1EAC006222BC5E610<br>File Hash:<br>BCE4D9C05502A6BDE6FD89562A2BF01503810477395A277AD4A07CE61968A1EC | 11-21-2023<br>13:52:16 | Blacked Raw | 11-20-2023 | 12-12-2023 | PA0002444867 |
| 5 | Info Hash: 6F8CD1E25D284E3DF5362723AAA8CF54FFA70187<br>File Hash:<br>AA74C4B265E1A6759B5F850D9991EE95787F11F1635C2939CA9D85D84AF615DA | 11-19-2023<br>16:15:07 | Blacked | 05-20-2023 | 06-09-2023 | PA0002415379 |
| 6 | Info Hash: 95EB5C1E1132996F058DBC8C2CB4A7096C4A8AD4<br>File Hash:<br>23E46DF864B9BF914102FB855431724021C36EF4787F6F5916E00806CFCA76D4 | 11-11-2023<br>14:10:45 | Vixen | 11-10-2023 | 12-13-2023 | PA0002445427 |
| 7 | Info Hash: 119741836D948DCF03630A4ECC4430542A90AD51<br>File Hash:<br>5A727610585C3EA379BFE330E0C1B792957C45CE721B6A9A2B8B758ABF0949C2 | 11-07-2023<br>13:57:59 | Vixen | 10-06-2023 | 10-18-2023 | PA0002435605 |
| 8 | Info Hash: 03B82742B3F01357BDF33C32FD174FC86D45FD2A<br>File Hash:<br>1A86730F4CF76CC5C2D8726A04A81092CECA91EF851D61B9C822FD5A73A236A1 | 11-05-2023<br>16:24:45 | Blacked Raw | 04-12-2019 | 05-11-2019 | PA0002173884 |
| 9 | Info Hash: 555CCD97057862386265D3FA226B93304951B56D<br>File Hash:<br>521E96D523B57C2460C381D38A42D7B3268D922403ACE4C58B2E4F91827A1F8C | 11-02-2023<br>13:26:44 | Tushy | 08-06-2023 | 08-17-2023 | PA0002425539 |
| 10 | Info Hash: 2669F819361356003F2A9FD77F2488BF686BD211<br>File Hash:<br>A4A62042C44C09C56F3664AF5E61A820B55A503E9020414AB79DA989401EE312 | 11-02-2023<br>13:26:03 | Vixen | 07-28-2023 | 08-17-2023 | PA0002425768 |
| 11 | Info Hash: DCE8B1F8D5666ECB9FA19D52AAED9B285CF07111<br>File Hash:<br>8DE5E6E423905E2E5BE4AF124DA2036CA070E24832403995248B6E96948BF9F0 | 11-02-2023<br>13:04:17 | Blacked Raw | 10-30-2023 | 12-05-2023 | PA0002443584 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 353195C465CD16626B72B04E7C5EDCA59F83C98D<br>File Hash:<br>D63ABF86DB730FB1682B5D73D3E397B89BED68986B37A1028A25F15C358609D9 | 10-23-2023<br>22:50:51 | Blacked Raw | 10-16-2023 | 11-13-2023 | PA0002439580 |
| 13 | Info Hash: 0236ECFBBE686981231B5D9C08836B425E1F3F8E<br>File Hash:<br>5F4782368F2D9083587226A5D9E3AC6BD5E494FCAD6C31B5B0368AEBD3A52C5A | 10-23-2023<br>22:50:16 | Vixen | 10-20-2023 | 12-05-2023 | PA0002443587 |
| 14 | Info Hash: E38F0F245EBA5943E7E96C117F8AD98E92AA419F<br>File Hash:<br>3C3F1E1C9A3133166E1E82A0BBBEA94DAF8E5D12F1EBE323A9B1A4003892D861 | 10-19-2023<br>15:49:48 | Blacked | 01-15-2020 | 02-04-2020 | PA0002225584 |
| 15 | Info Hash: 78859235DB1C60024BF4DB90DAEFD1DB890452F8<br>File Hash:<br>7224FE6E2C1B96BA80EE435C7145EF897AB7A334D86798C8F3780664BD48A5A6 | 10-19-2023<br>15:45:30 | Blacked Raw | 07-26-2018 | 09-01-2018 | PA0002119594 |
| 16 | Info Hash: CA1FE656EDE0E7F7C2F51C85553BCAF42FD66745<br>File Hash:<br>A587A0C1BE44DC90E677B8A06460CEFF7E1842056B64F45D3F579B1775DA3C96 | 10-18-2023<br>13:43:38 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |
| 17 | Info Hash: 9CACF0269937E952B7A5DDFB150F4895F44B515E<br>File Hash:<br>CFD1E108F5E359C07DDFEC7A3197957CB0323DF940F38CBCE1C262E438C7F6E9 | 10-18-2023<br>13:36:31 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 18 | Info Hash: 5589DEB279063FA47FB85D5A59E936BAE8EDE373<br>File Hash:<br>ACCD43F299840B3695C91C692A084857770F8B4749EBB63EA7B12146D4662AF0 | 10-10-2023<br>14:26:07 | Blacked Raw | 01-12-2018 | 01-23-2018 | PA0002101755 |
| 19 | Info Hash: 9B051B4B346120020114C51288BAA2CB8443B77A<br>File Hash:<br>5A898C7D9B55E10240A8F29BA8EACE1EB64AABE6489465075D7688F082AFE440 | 10-01-2023<br>18:37:30 | Blacked | 09-30-2023 | 10-18-2023 | PA0002435266 |
| 20 | Info Hash: 737BAEDD2696FD143B73AAF96DC9CE34C0A23A18<br>File Hash:<br>A8DE1F63C2B9E46A34E2F3FBA2D73F1CF4CD997B350708D1E7F7F20A7012C4CF | 09-28-2023<br>02:21:23 | Blacked | 02-24-2020 | 03-18-2020 | PA0002241627 |
| 21 | Info Hash: 11EE9DA016A550D4DFA4F86210E6ECD7DBBC2D6B<br>File Hash:<br>28B65F966D9AD720AFF651F7B7C5B0758BD1814ABD07A6F62D8E2E0254A6F05E | 09-26-2023<br>15:50:30 | Vixen | 09-08-2023 | 09-18-2023 | PA0002431077 |
| 22 | Info Hash: 5C152C4ECF92207C8AB70B57B12D352CD4DFE9E7<br>File Hash:<br>A261E82B6B978D40248FAD7C5C29E1D2FEF453ECC247A3F056A4658380A2B21A | 09-26-2023<br>15:46:50 | Vixen | 09-22-2023 | 10-18-2023 | PA0002435594 |
| 23 | Info Hash: A00864522771B10693468CFCE6A03C679FF853F9<br>File Hash:<br>D5E0E681B4C6999CA8A338538F972D2F8D7C5BC38CEE1862F45C24FC6C289E0B | 09-05-2023<br>14:54:26 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: F1F4E95D3F747B9A36FD28295A79B3BAC8C5FD65<br>File Hash: 453F6DAA583A6CF6BE2F314A534DE48F0E9B690FB702BCF1D27041099E345649 | 09-05-2023 14:42:09 | Blacked | 07-30-2023 | 08-17-2023 | PA0002425764 |
| 25 | Info Hash: 76912F00BCB533872C62D887D8CE48E3F93B2DF0<br>File Hash: 65845F56012E8F9BCA4052649F9493F26244CBC78DA86947F92097857A6C4379 | 09-05-2023 14:40:47 | Vixen | 09-01-2023 | 09-18-2023 | PA0002431078 |
| 26 | Info Hash: 42F002656E50E03388E71948796B2A81E6DBAD15<br>File Hash: 2D2E1B1F75D2D6BFCFC0628A75342776C2012BD03CF26A18EE717BA1474FE601 | 09-05-2023 14:35:19 | Blacked | 06-28-2019 | 08-27-2019 | PA0002213235 |
| 27 | Info Hash: AA8D92700920045B252BA8228FBFB04012A2C0E7<br>File Hash: 65CE1D1FDDC1A22DD738E84BBE563A7ABA63EC9EC0E2D9527FA13DA923227417 | 09-05-2023 14:32:44 | Blacked Raw | 09-04-2023 | 09-17-2023 | PA0002430908 |